**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Outlaw Steakburgers, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 6 – 3 0 9 4 5 4 0

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7001 I-30 Frontage Road**<br>Number   Street | **207 E Charnwood St**<br>Number   Street |
| **Greenville, TX 75402**<br>City                State   ZIP Code | **Tyler, TX 75701-1738**<br>City                State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Hunt**<br>County | **1305 Flat Creek Rd**<br>Number   Street |
| | **Athens, TX 75751**<br>City                State   ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Outlaw Steakburgers, LLC**
_____    Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **7  2  2  5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                    MM / DD / YYYY

        Case number, if known _____

| Debtor | **Outlaw Steakburgers, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br><br>_____<br><br>_____<br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ | |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    **Outlaw Steakburgers, LLC**
Name

Case number *(if known)*

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/22/2025**
MM/ DD/ YYYY

**X**    **/s/ Esther Yeager**
Signature of authorized representative of debtor

**Esther Yeager**
Printed name

Title    **Corporate Representative**

---

**18. Signature of attorney**

**X**    **/s/ Robert C Lane**
Signature of attorney for debtor

Date    **04/22/2025**
MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number      Street

**Houston**
City

**TX**
State

**77036-3369**
ZIP Code

**(713) 595-8200**
Contact phone

**notifications@lanelaw.com**
Email address

**24046263**
Bar number

**TX**
State

---

Fill in this information to identify the case:

Debtor Name  **Outlaw Steakburgers, LLC**

United States Bankruptcy Court for the:  **Eastern**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — **$4,500.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Equity Bank** | **Checking account** | **8 2 9 9** | $23,235.19 |
| 3.2. | **Alliance Bank** | **Checking account** | **7 3 4 0** | $5,208.93 |
| 3.3. | **Simmons Bank** | **Checking account** | **5 5 3 6** | $5,705.81 |
| 3.4. | **TDECU** | **Checking account** | **1 4 0 1** | $2,146.38 |
| 3.5. | **Biz Ignite** | **Money market account** | **7 1 1 2** | $19,217.01 |

4. **Other cash equivalents** *(Identify all)*

4.1.

4.2.

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$60,013.32**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor   **Outlaw Steakburgers, LLC** _____   Case number *(if known)* _____
   Name

---

7.  **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1  **City of Victoria** _____   **$25.00**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  _____   _____

   8.2  _____   _____

9.  **Total of Part 2**   | **$25.00** |

   Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | Accounts receivable |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   | --- | --- |

11.  **Accounts receivable**

   11a. 90 days old or less:   _____ - _____ =..... ➡   _____
   face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:   _____ - _____ =..... ➡   _____
   face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**   | |

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |
| --- | --- |

13.  **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | Valuation method used for current value | Current value of debtor's interest |
   | --- | --- |

14.  **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1  _____   _____   _____

   14.2  _____   _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

   15.1  _____   _____   _____

---

Debtor   **Outlaw Steakburgers, LLC**
Name
Case number *(if known)*

---

15.2.

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1

   16.2

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | | | | |
| Food for sale | 04/16/2025 MM / DD / YYYY | $8,500.00 | | $8,500.00 |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| Food | MM / DD / YYYY | unknown | | $745.00 |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $9,245.00

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

Debtor   **Outlaw Steakburgers, LLC**
                Name                                                                        Case number *(if known)*

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor   **Outlaw Steakburgers, LLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** | **Office furniture** | | |
| **Filing cabinets (8)** | unknown | | $400.00 |
| **Work Table with Load Center - Greenville** | unknown | | $1,094.00 |
| **Fry Station Work Table - Greenville** | unknown | | $298.00 |
| **Catering Equipment & Catering Furniture** | unknown | | $2,550.00 |
| **Chairs (24) - Greenville** | unknown | | $422.00 |
| **High Bar Stools (8) - Greenville** | unknown | | $382.00 |
| **Low Bar Stools (11) - Greenville** | unknown | | $325.00 |
| **Adtec Ceiling Pole Mount Adtec Wall Mount (7) - Greenville** | unknown | | $215.00 |
| **Work Table with Load Center - Victoria** | unknown | | $1,094.00 |
| **Fry Station Work Table - Victoria** | unknown | | $298.00 |
| **Fry Station Work Table - Athens** | unknown | | $298.00 |
| **40.** | **Office fixtures** | | |
| **Shelving (5) - Victoria** | unknown | | $342.00 |
| **Dipping Cabinet - Greenville** | unknown | | $1,203.00 |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| **Custard Bucket (20) - Greenville** | unknown | | $40.00 |
| **Batch Freezer - Greenville** | unknown | | $3,210.00 |
| **Nugget Ice Maker - Greenville** | unknown | | $1,778.00 |
| **Beverage and condiment counter - Greenville** | unknown | | $1,524.00 |
| **VeriFone P400 No Bracket (4) - Greenville** | unknown | | $280.00 |
| **18U Data Rack - Greenville** | unknown | | $280.00 |
| **Coin Tills Drawer Inserts - Greenville** | unknown | | $12.00 |
| **Veritiv Peerless - Greenville** | unknown | | $800.00 |
| **Training Ipad - Greenville** | unknown | | $630.00 |
| **Sound System - Greenville** | unknown | | $539.00 |
| **Dunnage Racks - Victoria** | unknown | | $46.00 |
| **Nugget Ice Maker - Victoria** | unknown | | $1,634.00 |
| **Dishtable, Soiled - Victoria** | unknown | | $200.00 |
| **Induction Rethermalizer (2) - Victoria** | unknown | | $272.00 |

Debtor   **Outlaw Steakburgers, LLC**
Name _____   Case number *(if known)* _____

| | | |
|---|---|---|
| **Heated Shelf Food Warmer (3) - Victoria** | unknown | $244.00 |
| **Double-Sided Burger Assembly Shelf - Victoria** | unknown | $648.00 |
| **Electric Conveyor toaster - Victoria** | unknown | $455.00 |
| **Hot Dog Steamer - Victoria** | unknown | $212.00 |
| **Microwave Oven, Shelf - Victoria** | unknown | $20.00 |
| **Griddle, electric, countertop - Victoria** | unknown | $1,482.00 |
| **Outdoor BBQ Tools Sharpener - Victoria** | unknown | $108.00 |
| **Mega Top Sandwich/Salad Preparation Refrigerator (2) - Victoria** | unknown | $1,090.00 |
| **Trash Receptable (2) - Greenville** | unknown | $512.00 |
| **Freezer Merchandiser - Greenville** | unknown | $688.00 |
| **Reach - in Refrigerator** | unknown | $751.00 |
| **Drying Racks - Greenville** | unknown | $42.00 |
| **PAR with MSR (4) - Greenville** | unknown | $916.00 |
| **9.7" Rear Display (no touch) (2) - Greenville** | unknown | $103.00 |
| **Cash Drawer 16" Black (3) - Greenville** | unknown | $168.00 |
| **RDS (Epson) Thermal Printers with Cables (4) - Greenville** | unknown | $199.00 |
| **Epson L90 Sticky Printer (4) - Greenville** | unknown | $100.00 |
| **Scanner - Greensville** | unknown | $199.00 |
| **Ethernet Cabling and Connectors (11) - Greenville** | unknown | $110.00 |
| **KC4 Kitchen Video Controller Bump Bar w/cable 8 Button (7) - Greenville** | unknown | $838.00 |
| **24" Color Video Screen-Flat (7) - Greenville** | unknown | $277.00 |
| **Kitchen Monitor Kiwi Bracket (4) - Greenville** | unknown | $220.00 |
| **Drive Thru Window Unit - Greenville** | unknown | $8,000.00 |
| **Induction Rethermalizer (2) -Athens** | unknown | $272.00 |
| **French Fry Warmer - Victoria** | unknown | $313.00 |
| **Gas Fryer, Battery - Victoria** | unknown | $3,748.00 |
| **Frypot Cover - Victoria** | unknown | $24.00 |
| **Reach in Freezer - Victoria** | unknown | $892.00 |
| **Shelving (5) - Athens** | unknown | $342.00 |
| **Dunnage Racks - Athens** | unknown | $46.00 |
| **Nugget Ice Maker - Athens** | unknown | $1,634.00 |
| **Trash Receptacle (2) - Athens** | unknown | $512.00 |

Debtor    **Outlaw Steakburgers, LLC**                                      Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **Freezer Merchandiser - Athens** | unknown | $688.00 |
| **Reach in refrigerator - Athens** | unknown | $751.00 |
| **Can storage rack, parts and accesories (4) - Athens** | unknown | $66.00 |
| **Drying Racks - Athens** | unknown | $42.00 |
| **PAR with MSR (4) - Athens** | unknown | $916.00 |
| **9.7" Rear Display (no touch) (2) - Athens** | unknown | $103.00 |
| **Cash drawer 16" Black (3) - Athens** | unknown | $168.00 |
| **RDS (Epson) Thermal Printers with Cables (4) - Athens** | unknown | $199.00 |
| **Scanner - Athens** | unknown | $199.00 |
| **Ethernet Cabling and Connectors (11) - Athens** | unknown | $110.00 |
| **KC4 Kitchen Video Controller Bump bar w/ cable 8 button (7) - Athens** | unknown | $838.00 |
| **24" Color Video Screen-Flat (7) - Athens** | unknown | $277.00 |
| **Kitchen Monitor Kiwi Bracket (4) - Athens** | unknown | $220.00 |
| **Adtec Ceiling Pole Mount Adtec Wall Mount (7) - Athens** | unknown | $215.00 |
| **VeriFone P400 No Bracket (4) - Athens** | unknown | $280.00 |
| **18U Data Rack - Athens** | unknown | $280.00 |
| **Coin Tills Drawer Inserts** | unknown | $12.00 |
| **Veritiv Peerless - Athens** | unknown | $800.00 |
| **Training Ipad - Athens** | unknown | $630.00 |
| **RDS Dual Lane System - Greenville** | unknown | $9,224.00 |
| **Shelving (5) - Greenville** | unknown | $342.00 |
| **Dunnage Racks - Greenville** | unknown | $46.00 |
| **Nugget Ice Maker - Greenville** | unknown | $1,634.00 |
| **Bag-in-box Soda System - Greenville** | unknown | $50.00 |
| **Induction Rethermalizer (2) - Greenville** | unknown | $272.00 |
| **Heated Shelf Food Warmer (3) - Greenville** | unknown | $244.00 |
| **Mega Top Sandwich/Salad Preparation Regrigerator - Greenville** | unknown | $1,266.00 |
| **Double-Sided Burger Assembly Shelf - Greenville** | unknown | $648.00 |
| **French Fry Warmer - Greenville** | unknown | $313.00 |
| **Gas Fryer, Battery - Greenville** | unknown | $3,748.00 |
| **Frypot Cover - Greenville** | unknown | $24.00 |
| **Stainless Custom - Greenville** | unknown | $22.00 |
| **Reach-In Freezer - Greenville** | unknown | $892.00 |

Debtor   **Outlaw Steakburgers, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **Undercounter Refrigerator - Greenville** | unknown | $369.00 |
| **Disposable Cup Dispenser (6) - Greenville** | unknown | $136.00 |
| **Cream Dispenser - Greenville** | unknown | $102.00 |
| **Blender - Greenville** | unknown | $249.00 |
| **Food Topping Warmer, Countertop - Greenville** | unknown | $144.00 |
| **Electric Conveyor Toaster - Greenville** | unknown | $455.00 |
| **Hot Dog Steamer - Greenville** | unknown | $212.00 |
| **Griddle, Electric, Countertop - Greenville** | unknown | $1,482.00 |
| **Outdoor BBQ Grill tools sharpener - Greenville** | unknown | $108.00 |
| **Mega Top Sandwich/Salad Preparation Refrigerator (2) - Greenville** | unknown | $1,090.00 |
| **Phones (6)** | unknown | $100.00 |
| **Printer (5)** | unknown | $500.00 |
| **6 Ton Roof Top AC Unit (2) - Greenville** | unknown | $4,000.00 |
| **Computers (8)** | unknown | $1,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1 _____

   42.2 _____

   42.3 _____

43. **Total of Part 7**                                                                        | $80,797.00 |

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

Debtor   **Outlaw Steakburgers, LLC**                                    Case number *(if known)* _____
          <sub>Name</sub>

| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | | |
|---|---|---|---|---|---|
| 47.1 | **2016 Cadillac Escalade / VIN: 4284** | unknown | | | $17,170.00 |
| 47.2 | **2019 Jaguar Fpace / VIN: 6520** | unknown | | | $7,397.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | | |
|---|---|---|---|---|---|
| 48.1 | **2022 24' Cargo Trailer / VIN: 6217** | unknown | | | $8,500.00 |

| 49. | **Aircraft and accessories** | | | | |
|---|---|---|---|---|---|
| 49.1 | | | | | |
| 49.2 | | | | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | | |
|---|---|---|---|---|---|
| | | | | | |

51. **Total of Part 8**                                                                                                 $33,067.00
   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **1305 Flat Creek Rd Athens, TX 75751-4614** | **Lease** | unknown | | $0.00 |
| 55.2 **7001 Interstate Highway 30 Greenville, TX 75402-7105** | **Lease** | unknown | | $0.00 |
| 55.3 **2203 Houston Highway Victoria, TX 77901** | **Lease** | unknown | | $0.00 |

Debtor   **Outlaw Steakburgers, LLC**                                          Case number *(if known)* _____
    Name

---

| 55.4 **2201 Houston Highway Victoria, TX 77901** | **Lease** | **unknown** | **$0.00** |

**56.** Total of Part 9

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      | **$0.00** |

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59.** Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **Lonestar Logos Service Sign Agreement** | unknown | | $1.00 |
| **61.** Internet domain names and websites | | | |
| | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **Freddy's, L.L.C. License** | unknown | | $1.00 |
| **Doordash - Freddy's Frozen Custard & Steakburgers Corporate Master Services Agreement** | unknown | | $1.00 |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| | | | |
| **64.** Other intangibles, or intellectual property | | | |
| | | | |
| **65.** Goodwill | | | |
| | | | |

**66.** Total of Part 10

Add lines 60 through 65. Copy the total to line 89.      | **$3.00** |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

---

Debtor    **Outlaw Steakburgers, LLC**                                      Case number *(if known)* _____
              Name

---

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.    **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡  _____
                                         Total face amount        doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.    **Interests in insurance policies or annuities**

_____                               _____

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                               _____

Nature of claim        _____

Amount requested    _____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                               _____

Nature of claim        _____

Amount requested    _____

76.    **Trusts, equitable or future interests in property**

_____                               _____

---

Debtor    **Outlaw Steakburgers, LLC**                                      Case number *(if known)* _____
          Name

---

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____          _____

    _____          _____

78. **Total of Part 11**                                                      ┌──────────────┐
                                                                              │              │
    Add lines 71 through 77. Copy the total to line 90.                       └──────────────┘

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $60,013.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,245.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $80,797.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,067.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........91a. | $183,150.32 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** ............................................................   │ $183,150.32 │

---

**Fill in this information to identify the case:**

Debtor name **Outlaw Steakburgers, LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

(State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |

**2.1**

**Creditor's name**

**Ally Automotive Financing**

**Creditor's mailing address**

**Attn Bankruptcy Dept**

**PO Box 380902**

**Minneapolis, MN 55438**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** **4** **9** **1** **6**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2016 Cadillac Escalade

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
| --- | --- |
| **unknown** | **$17,170.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$1,939,147.01**

Debtor   **Outlaw Steakburgers, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Bluevine**

Describe debtor's property that is subject to a lien
_____

$41,580.40

unknown

**Creditor's mailing address**

**30 Montgomery St Ste 1400**
_____

**Jersey City, NJ 07302-3857**
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Outlaw Steakburgers, LLC**
_____     Case number (if known) _____
Name

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.3** **Creditor's name**

**Cardiff, Inc.**

**Creditor's mailing address**

**122 15th St Unit 2562**

**Del Mar, CA 92014-8082**

**Creditor's email address, if known**

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Athens Signage loan - Imperial Funding

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$75,000.00**

Column B: **unknown**

Debtor    **Outlaw Steakburgers, LLC**                                        Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Dedicated Funding LLC**

**Describe debtor's property that is subject to a lien**

_____

**$40,000.00**     **unknown**

**Creditor's mailing address**

**860 East 4500 South Suite 312**

**Salt Lake City, UT 84107**

_____

**Describe the lien**

**Equipment Loan**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Outlaw Steakburgers, LLC**
_____    Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5**  **Creditor's name**

**Equity Bank**

**Creditor's mailing address**

**7701 E Kellogg Dr Ste 100**

**Wichita, KS 67207-1601**

**Creditor's email address, if known**

_____

Date debt was incurred    **08/26/2021**

Last 4 digits of account    **2  0  7  4**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Greenville SBA Loan

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$473,426.29**    **unknown**

Debtor    **Outlaw Steakburgers, LLC**

_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |

**2.6** **Creditor's name**

**Equity Bank**

**Creditor's mailing address**

**7701 E Kellogg Dr Ste 100**

**Wichita, KS 67207-1601**

**Creditor's email address, if known**

_____

Date debt was incurred    **09/30/2022**

Last 4 digits of account    **4  4  9  8**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Athens SBA Loan

**Describe debtor's property that is subject to a lien**

_____    $614,432.86    unknown

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Outlaw Steakburgers, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** **Creditor's name**

**Equity Bank**
_____

**Creditor's mailing address**

**7701 E Kellogg Dr Ste 100**
_____

**Wichita, KS 67207-1601**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** **12/01/2022**

**Last 4 digits of account number** **2  2  3  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Victoria SBA Loan

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**UCC**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$694,707.46**
Value of collateral: **unknown**

Debtor **Outlaw Steakburgers, LLC** _____  Case number (if known) _____

Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Texas Capital Bank**<br>**Attn: Consumer Operations**<br>**1001 E Lookout Dr, Tower A Ste 700**<br>**Richardson, TX 75082** | Line 2. **3** | __ __ __ __ |
| **Texas Capital Bank**<br>**Attn: Consumer Operations**<br>**1001 E Lookout Dr, Tower A Ste 700**<br>**Richardson, TX 75082** | Line 2. **4** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor   **Outlaw Steakburgers, LLC** _____        Case number (if known) _____
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Outlaw Steakburgers, LLC** _____

United States Bankruptcy Court for the:

_____ **Eastern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

__Dorsey Development, LLC__

__AttnL G. Paul Dorsey, III__

__3636 N Causeway Blvd Ste 200__

__Metairie, LA 70002-7215__

Date or dates debt was incurred
__02/27/2025__

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$7,360.51**    Priority amount: **$7,360.51**

**2.2** Priority creditor's name and mailing address

__Dorsey Development, LLC__

__AttnL G. Paul Dorsey, III__

__3636 N Causeway Blvd Ste 200__

__Metairie, LA 70002-7215__

Date or dates debt was incurred
__02/27/2025__

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$10,915.39**    Priority amount: **$10,915.39**

Debtor   **Outlaw Steakburgers, LLC**
Name

Case number *(if known)*

---

**Part 1:**  Additional Page

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,090.75 | $2,090.75 |
|---|---|---|---|

**Tax Assesor Collector Collin County**

**Po Box 8046**

**Mckinney, TX 75070-8046**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number  **9   0   2   1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123,691.72 | $123,691.72 |
|---|---|---|---|

**Texas Comptroller**

**111 E. 17th Street**

**Austin, TX 78774**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number  ___  ___  ___  ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,102.55 | $6,102.55 |
|---|---|---|---|

**Victoria County Tax Assesor - Collector**

**Attn: Ashley Hernandez**

**Po Box 2569**

**Victoria, TX 77902-2569**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number  **7   5   4   3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

Debtor   **Outlaw Steakburgers, LLC**
_____   Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Bimbos Bakeries USA**

**Po Box 976**

**Horsham, PA 19044-0976**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,785.57**

---

**3.2** | Nonpriority creditor's name and mailing address

**Cintas Corporation**

**5355 W Sam Houston**

**Houston, TX 77020-7420**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$421.43**

---

**3.3** | Nonpriority creditor's name and mailing address

**Creative Realities, Inc.**

**13100 Magisterial Dr Ste 100**

**Louisville, KY 40223-5185**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$44,032.14**

---

**3.4** | Nonpriority creditor's name and mailing address

**Daren Yeager**

**207 E Charnwood St**

**Tyler, TX 75701-1738**

Date or dates debt was incurred **09/30/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

Debtor    **Outlaw Steakburgers, LLC**                              Case number *(if known)*
Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.5** Nonpriority creditor's name and mailing address

**Ecolab**

**1 Ecolab Pl**

**Saint Paul, MN 55102-2739**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $100.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Edwards Plumbing Inc.**

**3708 E Rio Grande St**

**Victoria, TX 77901-1625**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $9,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Elite Mechanical Services of North Texas, LLC**

**231 Jacinth Ln**

**Granbury, TX 76049-7796**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $2,353.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Equity Bank**

**7001 E Kellogg Dr Ste 100**

**Wichita, KS 67207-1601**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     $50,692.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Outlaw Steakburgers, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Freddy's Corporate**

**260 N Rock Rd Ste 200**

**Wichita, KS 67206-2285**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Start-Up Loan

As of the petition filing date, the claim is:  **$80,761.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Inspira Financial Trust, LLC**

**Custodian FBO Kevin Brannon IRA #2807611**

**2001 Spring Rd Suite 700**

**Oak Brook, IL 60523**

Date or dates debt was incurred    **12/20/2023**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$100,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**KAVU-TV**

**3808 N Navarro St**

**Victoria, TX 77901-2621**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$100.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**KMOL-TV**

**3808 N Navarro St**

**Victoria, TX 77901-2621**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$50.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Outlaw Steakburgers, LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**KVCT-TV**

**3808 N Navarro St**

**Victoria, TX 77901-2621**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**KXTS-TV**

**3808 N Navarro St**

**Victoria, TX 77901-2621**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Lamar Companies**

**695 US-46 210**

**Fairfield, NJ 07004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,620.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**MVCT-TV**

**Po Box 840451**

**Dallas, TX 75284-0451**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Outlaw Steakburgers, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00.00** |
|---|---|---|---|

**North Texas REI, LLC**

**4261 E University Dr Ste 30351**

**Prosper, TX 75078-3645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     **09/30/2024**

Basis for the claim: _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100,000.00** |
|---|---|---|---|

**North Texas REI, LLC**

**4261 E University Dr Ste 30351**

**Prosper, TX 75078-3645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     **10/02/2024**

Basis for the claim: _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500,000.00** |
|---|---|---|---|

**North Texas REI, LLC**

**4261 E University Dr Ste 30351**

**Prosper, TX 75078-3645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     **12/27/2024**

Basis for the claim: _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$150,000.00** |
|---|---|---|---|

**North Texas REI, LLC**

**4261 E University Dr Ste 30351**

**Prosper, TX 75078-3645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     **07/08/2022**

Basis for the claim: _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Outlaw Steakburgers, LLC**
Name                                                                        Case number *(if known)*

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$2,800.00** |

**Ralston Outdoor Advertising**

**2220 Shorecrest Dr**

**Dallas, TX 75235-1802**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: **$8,391.26**

**Restaurant Technologies, Inc**

**2250 Pilot Knob Rd Ste 100**

**Saint Paul, MN 55120-1127**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: **$16,564.00**

**Simmons First National Bank**

**PO Box 7009**

**Pine Bluff, AR 71611**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: **Credit Card**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: **$6,610.00**

**Townsquare Media Victoria**

**107 N Star Dr**

**Victoria, TX 77904-2082**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Outlaw Steakburgers, LLC**
_____    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,256.01 |
| | **TriMark** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Po Box 6939** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-6939** | ☐ Disputed | |
| | | | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,441.23 |
| | **Vestis** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **10110 Cash Rd** | ☐ Unliquidated | |
| | **Stafford, TX 77477-4409** | ☐ Disputed | |
| | | | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $102.58 |
| | **Vestis** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **10110 Cash Rd** | ☐ Unliquidated | |
| | **Stafford, TX 77477-4409** | ☐ Disputed | |
| | | | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

---

Debtor    **Outlaw Steakburgers, LLC**
Name

Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Edwards Plumbing Inc.**<br>**PO Box 7244**<br>**Victoria, TX 77903** | Line **3.6**<br>☐ Not listed. Explain | ___ ___ ___ ___ |

Debtor   **Outlaw Steakburgers, LLC**
_____   Case number *(if known)* _____
    Name

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$150,160.92** |
| 5b.   **Total claims from Part 2** | 5b.  **+** | **$1,247,431.72** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,397,592.64** |

Fill in this information to identify the case:

Debtor name      **Outlaw Steakburgers, LLC**

United States Bankruptcy Court for the:

     **Eastern District of Texas**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **1305 Flat Creek Rd - Restaurant Lease**<br><br>**Contract to be ASSUMED** | **Athens Burgers, LLC**<br><br>**3636 N Causeway Blvd Ste 200**<br><br>**Metairie, LA 70002-7215** |
| | State the term remaining | **156 months** | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Athens Equipment Rental Agreement - DM ES2000 120/60/1 SGL KQ**<br><br>**Contract to be ASSUMED** | **Ecolab**<br><br>**1 Ecolab Pl**<br><br>**Saint Paul, MN 55102-2739** |
| | State the term remaining | **12 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Greenville - Dismachine Rental Agreement DM ES2000 120/60/1 SGL KQ**<br><br>**Contract to be ASSUMED** | **Ecolab**<br><br>**1 Ecolab Pl**<br><br>**Saint Paul, MN 55102-2739** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **ES2000 Victoria Rental Agreement** | **Ecolab**<br><br>**1 Ecolab Pl**<br><br>**Saint Paul, MN 55102-2739** |
| | State the term remaining | **18 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Outlaw Steakburgers, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Greenville Restaurant Lease Agreement** | **Greenville Burgers, LLC** |
| | | **Contract to be ASSUMED** | **3636 N Causeway Blvd Ste 200** |
| | State the term remaining | **148 months** | **Metairie, LA 70002-7215** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Build to suit lease agreement - 2111 Houston Highway** | **Victoria Burgers, LLC** |
| | | **Contract to be ASSUMED** | **Attn: G. Paul Dorsey, III** |
| | State the term remaining | **162 months** | **3636 N Causeway Blvd Ste 200** |
| | List the contract number of any government contract | | **Metairie, LA 70002-7215** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Outlaw Steakburgers, LLC** |
| United States Bankruptcy Court for the: | **Eastern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daren Yeaer** | **207 E Charnwood St** <br> Street <br><br> **Tyler, TX 75701-1738** <br> City   State   ZIP Code | **Equity Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | **Daren Yeager** | **207 E Charnwood St** <br> Street <br><br> **Tyler, TX 75701-1738** <br> City   State   ZIP Code | **Athens Burgers, LLC** <br><br> **Victoria Burgers, LLC** | ☐ D <br> ☐ E/F <br> ☑ G <br> ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 | **James Buchinger** | **13559 Peninsula Rd** <br> Street <br><br> **Whitehouse, TX 75791-8315** <br> City   State   ZIP Code | **Athens Burgers, LLC** <br><br> **Victoria Burgers, LLC** | ☐ D <br> ☐ E/F <br> ☑ G <br> ☐ D <br> ☐ E/F <br> ☑ G |

Debtor    **Outlaw Steakburgers, LLC**                                    Case number (if known) _____
          Name

| ■ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | **Jason Jones** | **4261 E University Dr # 30351**<br>Street<br><br>**Prosper, TX 75078-3645**<br>City          State          ZIP Code | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Greenville Burgers, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Victoria Burgers, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **North Texas REI, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Victoria County Tax Assesor - Collector** | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | **JKLM Investments LLC** | **Po Box 1104**<br>Street<br><br>**Woodsboro, TX 78393-1104**<br>City          State          ZIP Code | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | **Jones, Jason** | **4261 E University Dr # 30351**<br>Street<br><br>**Prosper, TX 75078-3645**<br>City          State          ZIP Code | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Greenville Burgers, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Victoria Burgers, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Outlaw Steakburgers, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **North Texas REI, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Victoria County Tax Assesor - Collector** | ☐ D  ☑ E/F  ☐ G |
| 2.7 | **Outlaw Steakburgers Athens LLC** | **4261 University Blvd Ste 30351 Suite 1150**<br>Street<br>**4261 E University Dr Ste 30351 Suite 1150**<br><br>**Houston, TX 77005**<br>City   State   ZIP Code | **Equity Bank** | ☑ D  ☐ E/F  ☐ G |
| 2.8 | **Outlaw Steakburgers Victoria, LLC** | **4261 University Blvd Ste 30351 Ste 1150**<br>Street<br><br>**Houston, TX 77005**<br>City   State   ZIP Code | **Equity Bank** | ☑ D  ☐ E/F  ☐ G |
| 2.9 | **Ronald Lucich Jr** | **4261 University Blvd Ste 30351 Suite 1150**<br>Street<br><br>**Houston, TX 77005**<br>City   State   ZIP Code | **Equity Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **Equity Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **Victoria Burgers, LLC** | ☐ D  ☐ E/F  ☑ G |
| | | | **Equity Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **North Texas REI, LLC** | ☐ D  ☑ E/F  ☐ G |
| 2.10 | | Street<br><br>City   State   ZIP Code | | ☐ D  ☐ E/F  ☐ G |

Debtor    **Outlaw Steakburgers, LLC**                                    Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.11 | _____ | Street _____ _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.12 | _____ | Street _____ _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.13 | _____ | Street _____ _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.14 | _____ | Street _____ _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.15 | _____ | Street _____ _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

---

Fill in this information to identify the case:

Debtor name  **Outlaw Steakburgers, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:  Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..............................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................................

   | $183,150.32 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..............................................................................................

   | $183,150.32 |

---

**Part 2:  Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,939,147.01 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   | $150,160.92 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   | + $1,247,431.72 |

4. **Total liabilities**.................................................................................................................................................

   Lines 2 + 3a + 3b

   | $3,336,739.65 |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Outlaw Steakburgers, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$859,671.00** |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,522,471.00** |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,492,463.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    Case 25-60236    Doc 1    Filed 04/22/25    Entered 04/22/25 14:15:57    Desc Main
**Outlaw Steakburgers, LLC**    Document    Page 45 of 70    Case number *(if known)*
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **US Foods**<br>Creditor's name<br>**9399 West Higgins Road Suite 100**<br>Street<br><br>**Des Plaines, IL 60018**<br>City   State   ZIP Code | | **$309,712.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2.** **Equity Bank**<br>Creditor's name<br>**7001 E Kellogg Dr Ste 100**<br>Street<br><br>**Wichita, KS 67207-1601**<br>City   State   ZIP Code | | **$80,530.02** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.3.** **BlueVine Capital Inc.**<br>Creditor's name<br>**401 Warren St 300**<br>Street<br><br>**Redwood City, CA 94063**<br>City   State   ZIP Code | | **$77,379.20** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.4.** **Freddy's Corporate**<br>Creditor's name<br>**260 N Rock Rd Ste 200**<br>Street<br><br>**Wichita, KS 67206-2285**<br>City   State   ZIP Code | | **$47,136.24** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.5.** **Victoria Burgers, LLC**<br>Creditor's name<br>**3636 N Causeway Blvd Ste 200**<br>Street<br>**Attn: G. Paul Dorsey, III**<br><br>**Metairie, LA 70002-7215**<br>City   State   ZIP Code | | **$22,020.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor  **Outlaw Steakburgers, LLC**
_____  Case number *(if known)* _____
Name

3.6.  **Forward Financing LLC**                              **$16,663.60**         ☑ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**124 Grove Aven Suite 309**                                                        ☐ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other _____
**Cedarhurst, NY 11516**
City              State   ZIP Code

3.7.  **NRG Business**                                       **$13,331.96**         ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**211 Carnegie Ctr**                                                                ☐ Suppliers or vendors
Street                                                                              ☑ Services
                                                                                    ☐ Other _____
**Princeton, NJ 08540-6299**
City              State   ZIP Code

3.8.  **Insurance Premium Financing**                        **$12,818.73**         ☐ Secured debt
**Solutions**                                                                       ☐ Unsecured loan repayments
Creditor's name                                                                     ☐ Suppliers or vendors
                                                                                    ☑ Services
Street                                                                              ☐ Other _____

City              State   ZIP Code

3.9.  **Athens Burgers, LLC**                                **$12,750.00**         ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**3636 N Causeway Blvd Ste 200**                                                    ☐ Suppliers or vendors
Street                                                                              ☑ Services
                                                                                    ☐ Other _____
**Metairie, LA 70002-7215**
City              State   ZIP Code

3.10. **GEUS/City of Greenville**                            **$10,242.71**         ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**2810 Wesley St**                                                                  ☐ Suppliers or vendors
Street                                                                              ☑ Services
                                                                                    ☐ Other _____
**Greenville, TX 75401-4159**
City              State   ZIP Code

3.11. **Bimbo Bakeries**                                     **$8,746.84**          ☐ Secured debt
Creditor's name                                                                     ☐ Unsecured loan repayments
**Po Box 976**                                                                      ☑ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other _____
**Horsham, PA 19044-0976**
City              State   ZIP Code

3.12.  **Pepsi of Victoria**                    **$8,331.87**
       Creditor's name

       **1402 N Elizabeth St**
       Street

       _____

       **Victoria, TX 77901-6997**
       City              State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.13.  **Ventura Tarzana LLC**                  **$7,992.72**
       Creditor's name

       **2620 S Maryland Pkwy # 14-355**
       Street

       _____

       **Las Vegas, NV 89109-8300**
       City              State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City   State   ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor** <br><br> _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City   State   ZIP Code | _____ | _____ | _____ |

Debtor    Outlaw Steakburgers, LLC _____    Case number *(if known)* _____
　　　　Name

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>Street _____<br><br>_____<br>City　　　State　ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | _____ | _____<br>Name<br>_____<br>Street<br>_____<br>City　　State　ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1. _____<br>Custodian's name<br>Street _____<br>_____<br>City　State　ZIP Code | _____<br><br>**Case title**<br><br>**Case number**<br>_____<br><br>**Date of order or assignment**<br>_____ | _____<br><br>**Court name and address**<br>_____<br>Name<br>_____<br>Street<br>_____<br>City　　State　ZIP Code |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 5

Debtor  **Outlaw Steakburgers, LLC**                                Case number *(if known)*
        Name

## Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

Recipient's relationship to debtor

_____

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|------|-----|-----|-----|-----|
| 10.1. | | | | |

## Part 6:  Certain Payments or Transfers

11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Outlaw Steakburgers, LLC**   Case number *(if known)*
Name

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm** | **Attorney's Fees** | **01/28/2025** | **$2,500.00** |
| **Address** | **Attorney's Fees** | **03/05/2025** | **$6,500.00** |
| **6200 Savoy Suite 1150**<br>Street | **Attorney's Fees** | **03/10/2025** | **$6,500.00** |
| | **Attorney's Fees** | **03/17/2025** | **$6,500.00** |
| **Houston, TX 77036**<br>City   State   ZIP Code | **Attorney Fees** | **03/24/2025** | **$6,500.00** |
| **Email or website address** | **Attorney's Fee** | **03/31/2025** | **$6,500.00** |

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  **Outlaw Steakburgers, LLC** _____    Case number *(if known)* _____
　　　　　Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| Address |
|---|
| _____ |
| Street |
| _____ |
| City　　　　　State　　ZIP Code |

| Relationship to debtor |
|---|
| _____ |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. _____ | | From _____  To _____ |
| Street | | |
| _____ | | |
| City　　　　　State　　ZIP Code | | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ | | *Check all that apply:* |
| City　　　　　State　　ZIP Code | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

Debtor    **Outlaw Steakburgers, LLC**
    Name                                                                     Case number *(if known)*

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

            Does the debtor have a privacy policy about that information?

            ☐ No

            ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <br> Name <br><br> Street <br><br> City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   **Outlaw Steakburgers, LLC**                                    Case number *(if known)* _____
              Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Outlaw Steakburgers, LLC** _____    Case number _(if known)_ _____

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State     ZIP Code | | |

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Case 25-60236   Doc 1   Filed 04/22/25   Entered 04/22/25 14:15:57   Desc Main
Outlaw Steakburgers, LLC    Document    Page 55 of 70
Name    Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City    State    ZIP Code

EIN: \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

**Dates business existed**

From _____ To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Profit Builders**
Name
**2872 N Ridge Rd Ste 201**
Street

**Wichita, KS 67205-1149**
City    State    ZIP Code

From **01/05/2023** To **Present**

| Name and address | Dates of service |
|---|---|

26a.2. **Randi McConathy**
Name
**4801 Ne Zac Lentz Pkwy Apt 2501**
Street

**Victoria, TX 77904-3931**
City    State    ZIP Code

From **02/2023** To **Present**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Profit Builders**
Name
**2872 N Ridge Rd Ste 201**
Street

**Wichita, KS**
City    State    ZIP Code

From **01/05/2023** To **Present**

| Name and address | Dates of service |
|---|---|

26b.2. **CGP Group, LLC**
Name
**740 W 2nd St N Ste 200**
Street

**Wichita, KS 67203-6003**
City    State    ZIP Code

From **01/2023** To **Present**

Debtor   **Outlaw Steakburgers, LLC** _____   Case number *(if known)* _____
         Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Profit Builders** | |
| Name | |
| **2872 N Ridge Rd Ste 201** | |
| Street | |
| | |
| **Wichita, KS 67205-1149** | |
| City                State                ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| **CGP Group, LLC** | |
| Name | |
| **740 W 2nd St N Ste 200** | |
| Street | |
| | |
| **Wichita, KS 67203-6003** | |
| City                State                ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| |
| Street |
| |
| City                State                ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| |
| Street |
| |
| City                State                ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Jones | 4261 E University Dr Ste 30351 Suite 1150 Houston, TX 77036 | Owner, | 33.33% |
| Daren Yeager | 207 E Charnwood St Tyler, TX 75701-1738 | Owner, | 33.33% |
| Brant Buchinger | 13559 Peninsula Road Whitehouse, TX 75791 | Owner, | 33.33% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Jason Jones**<br>Name<br>**4261 E University Dr # 30351**<br>Street<br><br>**Prosper, TX 75078-3645**<br>City          State          ZIP Code<br>Relationship to debtor | $43,000.00 | | Salary for running the business. |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Lesley Jones**<br>Name<br>**4261 E University Dr Ste 30351 Suite 1150**<br>Street<br><br>**Houston, TX 77036**<br>City          State          ZIP Code<br>Relationship to debtor<br><br>**Wife of Jason** | $43,000.00 | | Handling payroll |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor  **Outlaw Steakburgers, LLC**                                     Case number *(if known)* _____
        Name

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**04/22/2025**_____
        MM/  DD/  YYYY

**X** **/s/ Esther Yeager**_____          Printed name _____**Esther Yeager**_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Corporate Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

| Fill in this information to identify the case: |
|---|
| Debtor name           **Outlaw Steakburgers, LLC** |
| United States Bankruptcy Court for the: |
|                         **Eastern District of Texas** |
| Case number (if known): _____ |

❑ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Equity Bank 7701 E Kellogg Dr Ste 100 Wichita, KS 67207-1601 | | UCC | | | | $694,707.46 |
| 2 | Equity Bank 7701 E Kellogg Dr Ste 100 Wichita, KS 67207-1601 | | UCC | | | | $614,432.86 |
| 3 | Equity Bank 7701 E Kellogg Dr Ste 100 Wichita, KS 67207-1601 | | UCC | | | | $473,426.29 |
| 4 | Texas Comptroller 111 E. 17th Street Austin, TX 78774 | | | | | | $123,691.72 |
| 5 | Freddy's Corporate 260 N Rock Rd Ste 200 Wichita, KS 67206-2285 | | | | | | $80,761.00 |
| 6 | Cardiff, Inc. 122 15th St Unit 2562 Del Mar, CA 92014-8082 | | UCC | | | | $75,000.00 |
| 7 | Equity Bank 7001 E Kellogg Dr Ste 100 Wichita, KS 67207-1601 | | Credit Card | | | | $50,692.52 |
| 8 | Creative Realities, Inc. 13100 Magisterial Dr Ste 100 Louisville, KY 40223-5185 | | | | | | $44,032.14 |

Debtor    **Outlaw Steakburgers, LLC**
_____

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Bluevine<br>30 Montgomery St Ste 1400<br>Jersey City, NJ 07302-3857 | | | Disputed | | | $41,580.40 |
| 10  Dedicated Funding LLC<br>860 East 4500 South Suite 312<br>Salt Lake City, UT 84107 | | Equipment Loan | | | | $40,000.00 |
| 11  Simmons First National Bank<br>PO Box 7009<br>Pine Bluff, AR 71611 | | Credit Card | | | | $16,564.00 |
| 12  Bimbos Bakeries USA<br>Po Box 976<br>Horsham, PA 19044-0976 | | | | | | $12,785.57 |
| 13  Dorsey Development, LLC<br>AttnL G. Paul Dorsey, III<br>3636 N Causeway Blvd Ste 200<br>Metairie, LA 70002-7215 | | | | | | $10,915.39 |
| 14  Edwards Plumbing Inc.<br>3708 E Rio Grande St<br>Victoria, TX 77901-1625 | | Services | | | | $9,800.00 |
| 15  Restaurant Technologies, Inc<br>2250 Pilot Knob Rd Ste 100<br>Saint Paul, MN 55120-1127 | | | | | | $8,391.26 |
| 16  Vestis<br>10110 Cash Rd<br>Stafford, TX 77477-4409 | | | | | | $7,441.23 |
| 17  Dorsey Development, LLC<br>AttnL G. Paul Dorsey, III<br>3636 N Causeway Blvd Ste 200<br>Metairie, LA 70002-7215 | | | | | | $7,360.51 |
| 18  Townsquare Media Victoria<br>107 N Star Dr<br>Victoria, TX 77904-2082 | | | | | | $6,610.00 |
| 19  Victoria County Tax Assesor - Collector<br>Attn: Ashley Hernandez<br>Po Box 2569<br>Victoria, TX 77902-2569 | | | | | | $6,102.55 |
| 20  Ralston Outdoor Advertising<br>2220 Shorecrest Dr<br>Dallas, TX 75235-1802 | | | | | | $2,800.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Texas

**In re**    Outlaw Steakburgers, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................... **$35,000.00**

Prior to the filing of this statement I have received ......................................................................... **$35,000.00**

Balance Due ....................................................................................................................................... **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/22/2025** | **/s/ Robert C Lane** |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE: **Outlaw Steakburgers, LLC**                                    CASE NO

                                                                                   CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**04/22/2025**___      Signature _____**/s/ Esther Yeager**_____

                                                                   Esther Yeager, Corporate Representative

ALLY AUTOMOTIVE FINANCING
ATTN BANKRUPTCY DEPT
PO BOX 380902
MINNEAPOLIS, MN 55438


ATHENS BURGERS, LLC
3636 N CAUSEWAY BLVD STE 200
METAIRIE, LA 70002-7215


BIMBOS BAKERIES USA
PO BOX 976
HORSHAM, PA 19044-0976


BLUEVINE
30 MONTGOMERY ST STE 1400
JERSEY CITY, NJ 07302-3857


CARDIFF, INC.
122 15TH ST UNIT 2562
DEL MAR, CA 92014-8082


CINTAS CORPORATION
5355 W SAM HOUSTON
HOUSTON, TX 77020-7420


CREATIVE REALITIES, INC.
13100 MAGISTERIAL DR STE 100
LOUISVILLE, KY 40223-5185


DAREN YEAER
207 E CHARNWOOD ST
TYLER, TX 75701-1738

DAREN YEAGER
207 E CHARNWOOD ST
TYLER, TX 75701-1738


DAREN YEAGER
207 E CHARNWOOD ST
TYLER, TX 75701-1738


DEDICATED FUNDING LLC
860 EAST 4500 SOUTH SUITE 312
SALT LAKE CITY, UT 84107


DORSEY DEVELOPMENT, LLC
ATTNL G. PAUL DORSEY, III
3636 N CAUSEWAY BLVD STE 200
METAIRIE, LA 70002-7215


ECOLAB
1 ECOLAB PL
SAINT PAUL, MN 55102-2739


EDWARDS PLUMBING INC.
3708 E RIO GRANDE ST
VICTORIA, TX 77901-1625


EDWARDS PLUMBING INC.
PO BOX 7244
VICTORIA, TX 77903


ELITE MECHANICAL SERVICES
OF NORTH TEXAS, LLC
231 JACINTH LN
GRANBURY, TX 76049-7796

EQUITY BANK
7701 E KELLOGG DR STE 100
WICHITA, KS 67207-1601


EQUITY BANK
7001 E KELLOGG DR STE 100
WICHITA, KS 67207-1601


FREDDY'S CORPORATE
260 N ROCK RD STE 200
WICHITA, KS 67206-2285


GREENVILLE BURGERS, LLC
3636 N CAUSEWAY BLVD STE 200
METAIRIE, LA 70002-7215


INSPIRA FINANCIAL TRUST, LLC
CUSTODIAN FBO KEVIN BRANNON IRA
#2807611
2001 SPRING RD SUITE 700
OAK BROOK, IL 60523

JAMES BUCHINGER
13559 PENINSULA RD
WHITEHOUSE, TX 75791-8315


JASON JONES
4261 E UNIVERSITY DR # 30351
PROSPER, TX 75078-3645


JKLM INVESTMENTS LLC
PO BOX 1104
WOODSBORO, TX 78393-1104

JASON JONES
4261 E UNIVERSITY DR # 30351
PROSPER, TX 75078-3645


KAVU-TV
3808 N NAVARRO ST
VICTORIA, TX 77901-2621


KMOL-TV
3808 N NAVARRO ST
VICTORIA, TX 77901-2621


KVCT-TV
3808 N NAVARRO ST
VICTORIA, TX 77901-2621


KXTS-TV
3808 N NAVARRO ST
VICTORIA, TX 77901-2621


LAMAR COMPANIES
695 US-46 210
FAIRFIELD, NJ 07004


MVCT-TV
PO BOX 840451
DALLAS, TX 75284-0451


NORTH TEXAS REI, LLC
4261 E UNIVERSITY DR STE 30351
PROSPER, TX 75078-3645

OUTLAW STEAKBURGERS
ATHENS LLC
4261 E UNIVERSITY DR STE 30351
SUITE 1150
4261 UNIVERSITY BLVD STE 30351
SUITE 1150
HOUSTON, TX 77005

OUTLAW STEAKBURGERS
VICTORIA, LLC
4261 UNIVERSITY BLVD STE 30351 STE
1150
HOUSTON, TX 77005

OUTLAW STEAKBURGERS, LLC
7001 I-30 FRONTAGE ROAD
GREENVILLE, TX 75402

RALSTON OUTDOOR
ADVERTISING
2220 SHORECREST DR
DALLAS, TX 75235-1802

RESTAURANT TECHNOLOGIES,
INC
2250 PILOT KNOB RD STE 100
SAINT PAUL, MN 55120-1127

RONALD LUCICH, JR
4261 UNIVERSITY BLVD STE 30351
SUITE 1150
HOUSTON, TX 77005

SIMMONS FIRST NATIONAL
BANK
PO BOX 7009
PINE BLUFF, AR 71611

TAX ASSESOR COLLECTOR
COLLIN COUNTY
PO BOX 8046
MCKINNEY, TX 75070-8046

TEXAS CAPITAL BANK
ATTN: CONSUMER OPERATIONS
1001 E LOOKOUT DR, TOWER A STE 700
RICHARDSON, TX 75082


TEXAS COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


TOWNSQUARE MEDIA
VICTORIA
107 N STAR DR
VICTORIA, TX 77904-2082


TRIMARK
PO BOX 6939
CAROL STREAM, IL 60197-6939


VENTURA TARZANA LLC
2620 S MARYLAND PKWY # 14-355
LAS VEGAS, NV 89109-8300


VESTIS
10110 CASH RD
STAFFORD, TX 77477-4409


VICTORIA BURGERS, LLC
ATTN: G. PAUL DORSEY, III
3636 N CAUSEWAY BLVD STE 200
METAIRIE, LA 70002-7215

VICTORIA COUNTY TAX
ASSESOR - COLLECTOR
ATTN: ASHLEY HERNANDEZ
PO BOX 2569
VICTORIA, TX 77902-2569