**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| **OUTLAW STEAKBURGERS, LLC** § | | Case No. 25-60236 |
| xx-xxx4540 § | | |
| 207 E Charnwood St § | | |
| Tyler, TX 75701 § | | |
| Debtor § | | Chapter 11 – Subch. V |

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.

No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *<u>WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE</u>* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Outlaw Steakburgers, LLC ("Debtor") and files this Motion for Authority to Use Cash Collateral pursuant to 11 U.S.C. **§** 363. The Debtor presents this Motion and respectfully represents the following:

1. On April 22, 2025 ("<u>Petition Date</u>"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("<u>Bankruptcy Code</u>") and is now operating its business as a Debtor-In-Possession.

2. The Debtor continues to manage and operate its American fast-casual restaurant chains business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No creditors' committee has been appointed in this case by the United States Trustee.

3. The Debtor depends on the use of cash collateral for operations and purchase of additional raw materials, as well as payroll. Revenue is generated from their American fast-casual restaurant chains.

4. It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay expenses using cash collateral. The Debtor produces revenue from its use of the cash collateral by paying the budgeted expenses. Upon opening the new DIP account, all such revenue will be deposited by Debtor in its DIP operating account pending entry of an order allowing use of cash collateral or consent by lien holders.

5. Without the use of this Cash Collateral, the Debtor would likely have to cease operations and cause irreparable harm to the Debtor.

6. Attached as Exhibit "A" is a 14-day and 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize.

7. Debtor hereby requests authority to use the cash collateral for expenses set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 5% of that month's total in Exhibit "A."

8. A search in the Texas Secretary of State shows that allegedly secured positions are held by:

   a. Equity Bank; UCC Filing No. 21-0037914562(8/30/2021);

   b. Unknown Creditor (First Corporate Solutions); UCC Filing No. 23-0038905999(9/6/2023);

   c. Dedicated Funding LLC; UCC Filing No. 23-0040190130(9/12/2023);

   d. Unknown Creditor (Corporation Service Co.); UCC Filing No. 23-0050803920(11/30/2023)

*See* Exhibit "B" (UCC List).

9. The UCC's liens above appear to be blanket liens allegedly secured by current and future accounts receivables, inventory and equipment at Debtors' business.

10. In exchange for the use of cash collateral, the Debtor proposes to grant these entities be replacement liens to the same extent and priority, if any, that existed as of the date of filing. Debtor will continue to investigate the true nature of these transactions and work with these entities before a final cash collateral hearing to determine if anything other than replacement liens or additional adequate protection is necessary.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit "A" and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
A. Zachary Casas
State Bar No. 24097469
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Debtor's Motion for Authority to Use Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system and by was served upon the US Trustee and to the parties listed on the service list below by United States First Class Mail Postage Pre-paid and by United States First Class Mail Postage Prepaid with overnight delivery(where stated), and by electronic mail as listed below on April 22, 2025:

Debtor:
Outlaw Steakburgers, LLC
207 E Charnwood St
Tyler, TX 75701

US Trustee:
Office of the U.S. Trustee:
110 N. College Avenue
Suite 300
Tyler, TX 75702

Additional Secured Parties in Interest (US First Class Mail Postage Prepaid Overnight Delivery):

Ally
PO BOX 380902
Bloomington, MN 55438

Bluevine
30 Montgomery St Ste 1400
Jersey City, NJ 07302-3857

Cardiff, Inc.
122 15th St Unit 2562
Del Mar, CA 92014-8082

Dedicated Funding LLC
860 East 4500 South Suite 312
Salt Lake City, UT 84107

Equity Bank
7701 E Kellogg Dr Ste 100
Wichita, KS 67207-1601

Texas Comptroller
111 E. 17th Street
Austin, TX 78774

Email Notification of Interested Parties:

bncmail@w-legal.com

support@bluevine.com

info@dedicatedfunding.com

bankruptcytax@oag.texas.gov

bankruptcysection@cpa.texas.gov

byakel@equitybank.com

                                                */s/Robert C. Lane*
                                                Robert C. Lane

```
Label Matrix for local noticing        Ally Automotive Financing          Athens Burgers, LLC
0540-6                                  Attn Bankruptcy Dept               3636 N Causeway Blvd Ste 200
Case 25-60236                           PO Box 380902                      Metairie, LA 70002-7215
Eastern District of Texas               Minneapolis, MN 55438-0902
Tyler
Tue Apr 22 14:18:23 CDT 2025

Bimbos Bakeries USA                     Bluevine                           Cardiff, Inc.
Po Box 976                              30 Montgomery St Ste 1400          122 15th St Unit 2562
Horsham, PA 19044-0976                  Jersey City, NJ 07302-3857         Del Mar, CA 92014-8082


Cintas Corporation                      (p)CREATIVE REALITIES  INC         Daren Yeaer
5355 W Sam Houston                      ATTN ATTN CFO                      207 E Charnwood St
Houston, TX 77041-5236                  13100 MAGISTERIAL DRIVE            Tyler, TX 75701-1738
                                        STE 100
                                        LOUISVILLE KY 40223-5185


Daren Yeager                            Dedicated Funding LLC              Dorsey Development, LLC
207 E Charnwood St                      860 East 4500 South Suite 312      AttnL G. Paul Dorsey, III
Tyler, TX 75701-1738                    Salt Lake City, UT 84107-3152      3636 N Causeway Blvd Ste 200
                                                                           Metairie, LA 70002-7215


Ecolab                                  Edwards Plumbing Inc.              Edwards Plumbing Inc.
1 Ecolab Pl                             3708 E Rio Grande St               PO Box 7244
Saint Paul, MN 55102-2739               Victoria, TX 77901-1625            Victoria, TX 77903-7244


Elite Mechanical Services of North Texas, LL   Equity Bank                 (p)EQUITY BANK
231 Jacinth Ln                          7001 E Kellogg Dr Ste 100          BRETT REBER GENERAL COUNSEL
Granbury, TX 76049-7796                 Wichita, KS 67207-1601             7701 E KELLOGG DRIVE SUITE 300
                                                                           WICHITA KS 67207-1708


Freddy?s Corporate                      Greenville Burgers, LLC            Inspira Financial Trust, LLC
260 N Rock Rd Ste 200                   3636 N Causeway Blvd Ste 200       Custodian FBO Kevin Brannon IRA #2807611
Wichita, KS 67206-2285                  Metairie, LA 70002-7215            2001 Spring Rd Suite 700
                                                                           Oak Brook, IL 60523-1890


JKLM Investments LLC                    James Buchinger                    Jason Jones
Po Box 1104                             13559 Peninsula Rd                 4261 E University Dr # 30351
Woodsboro, TX 78393-1104                Whitehouse, TX 75791-8315          Prosper, TX 75078-3645


KAVU-TV                                 KMOL-TV                            KVCT-TV
3808 N Navarro St                       3808 N Navarro St                  3808 N Navarro St
Victoria, TX 77901-2684                 Victoria, TX 77901-2621            Victoria, TX 77901-2621


KXTS-TV                                 Lamar Companies                    Robert C. Lane
3808 N Navarro St                       695 US-46 210                      The Lane Law Firm PLLC
Victoria, TX 77901-2621                 Fairfield, NJ 07004                6200 Savoy Dr Ste 1150
                                                                           Houston, TX 77036-3369
```

| | | |
|---|---|---|
| MVCT-TV<br>Po Box 840451<br>Dallas, TX 75284-0451 | North Texas REI, LLC<br>4261 E University Dr Ste 30351<br>Prosper, TX 75078-3645 | Outlaw Steakburgers Athens LLC<br>4261 E University Dr Ste 30351<br>Suite 1150<br>4261 University Blvd Ste 30351 Suite 115<br>Houston, TX 77005 |
| Outlaw Steakburgers Victoria, LLC<br>4261 University Blvd Ste 30351 Ste 1150<br>Houston, TX 77005 | Outlaw Steakburgers, LLC<br>207 E Charnwood St<br>Tyler, TX 75701-1738 | Outlaw Steakburgers, LLC<br>7001 I-30 Frontage Road<br>Greenville, TX 75402 |
| Ralston Outdoor Advertising<br>2220 Shorecrest Dr<br>Dallas, TX 75235-1802 | Restaurant Technologies, Inc<br>2250 Pilot Knob Rd Ste 100<br>Saint Paul, MN 55120-1127 | Ronald Lucich, Jr<br>4261 University Blvd Ste 30351 Suite 115<br>Houston, TX 77005 |
| (p)SIMMONS BANK<br>POST OFFICE BOX 733<br>UNION CITY TN 38281-0733 | Tax Assesor Collector Collin County<br>Po Box 8046<br>Mckinney, TX 75070-8046 | Texas Capital Bank<br>Attn: Consumer Operations<br>1001 E Lookout Dr, Tower A Ste 700<br>Richardson, TX 75082-4175 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Townsquare Media Victoria<br>107 N Star Dr<br>Victoria, TX 77904-2082 |
| TriMark<br>Po Box 6939<br>Carol Stream, IL 60197-6939 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| Ventura Tarzana LLC<br>2620 S Maryland Pkwy # 14-355<br>Las Vegas, NV 89109-8300 | Vestis<br>10110 Cash Rd<br>Stafford, TX 77477-4409 | Victoria Burgers, LLC<br>Attn: G. Paul Dorsey, III<br>3636 N Causeway Blvd Ste 200<br>Metairie, LA 70002-7215 |
| Victoria County Tax Assesor - Collector<br>Attn: Ashley Hernandez<br>Po Box 2569<br>Victoria, TX 77902-2569 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Creative Realities, Inc.<br>13100 Magisterial Dr Ste 100<br>Louisville, KY 40223-5185 | Equity Bank<br>7701 E Kellogg Dr Ste 100<br>Wichita, KS 67207-1601 | Simmons First National Bank<br>PO Box 7009<br>Pine Bluff, AR 71611 |

Texas Comptroller
111 E. 17th Street
Austin, TX 78774

End of Label Matrix
Mailable recipients   51
Bypassed recipients    0
Total                 51